GERBING, Respondent, vs. McDONALD, Appellant.

*February 8—March 4, 1930.*

For the appellant there was a brief by *Richmond, Jackman, Wilkie & Toebaas* of Madison, and oral argument by *Harold M. Wilkie.*

For the respondent there was a brief by *O'Melia & Kaye* of Rhinelander, and oral argument by *A. J. O'Melia.*

PER CURIAM.   This case is ruled by the case of *Gerbing v. McDonald,* decided herewith (*ante,* p. 214, 229 N. W. 860).   Judgment of the circuit court is affirmed.

FRITZ, J., dissents.